| | |
|---|---|
| 1 | **DAVID A. TORRES AND ASSOCIATES** |
| | David A. Torres, SBN135059 |
| 2 | 1318 K. Street |
| | Bakersfield, CA 93301 |
| 3 | Tel: (661)326-0857 |
| | Fax: (661)326-0936 |
| 4 | Email: dtorres@lawtorres.com |
| 5 | Attorney for: |
| | DAVID JOHN CANNON |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:16-cr-00183 DAD-BAM |
| Plaintiff, | ) ) ) | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |
| vs. | ) ) ) | |
| DAVID JOHN CANNON, | ) ) | |
| Defendant | ) | |

Defendant, DAVID CANNON, hereby waives his appearance in person in open court upon the status conference set for Monday, May 22, 2017, in Courtroom 8 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 5/18/17                                          */s/David John Cannon*
                                                                    DAVID JOHN CANNON

Date: 5/18/17                                          */s/David A. Torres*
                                                                    DAVID A. TORRES

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant JOHN DAVID CANNON is hereby excused from appearing at this court hearing scheduled for May 22, 2017.

IT IS SO ORDERED.

Dated: **May 18, 2017**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE