**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAVID JOHN CANNON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00183 DAD-BAM |
| Plaintiff, | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| DAVID JOHN CANNON, | |
| Defendant | |

Defendant, David John Cannon, hereby waives his appearance in person in open court upon the

status conference set for Monday, August 28, 2017 in Courtroom 8 of the above entitled court.

Defendant hereby requests the court to proceed in his absence and agrees that his interest will be

deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.

Defendant further agrees to be present in person in court at all future hearing dates set by the

court including the dates for jury trial.


Date:8/21/17                                      _/s/ David John Cannon_____
                                                  DAVID JOHN CANON


Date: 8/21/17                                     _/s/David A. Torres_____
                                                  DAVID A. TORRES
                                                  Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant David John Cannon is hereby excused from appearing at this court hearing scheduled for Monday, August 28, 2017 at 1:00PM.

IT IS SO ORDERED.

Dated:   **August 24, 2017**                   /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE