```
 1  DAVID A. TORRES AND ASSOCIATES
    David A. Torres, SBN135059
 2  1318 K. Street
    Bakersfield, CA 93301
 3  Tel: (661)326-0857
    Fax: (661)326-0936
 4  Email: dtorres@lawtorres.com

 5  Attorney for:
    DAVID JOHN CANNON
 6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:16-CR-00183 DAD-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |
| vs. | ) |
| DAVID JOHN CANNON, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARABARA MCAULIFFE AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, David John Cannon, by and through his attorney of record, David A. Torres, hereby requesting that the status conference hearing currently set for Monday, October 23, 2017 be continued to Monday, November 13, 2017.

AUSA Brian Enos was recently assigned this matter. In addition, this past Monday, I returned from a lengthy vacation. Prior to leaving for vacation, I received a plea agreement from AUSA Megan Richards. I have not had an opportunity to review said plea agreement with my client, however, an appointment has been scheduled to meet with him this coming week. For the foregoing reason, I respectfully ask this court to grant a three week continuance of the status conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 10/19/17
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
DAVID JOHN CANNON

DATED: 10/19/17
*/s/Brian Enos*
BRIAN ENOS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference hearing be continued to November 13, 2017.

Dated: **Ocotber 19, 2017**          s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE