**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAVID JOHN CANNON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00183 DAD-BAM |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE THE STATUS CONFERENCE** |
| vs. | |
| DAVID JOHN CANNON, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARABARA MCAULIFFE AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, David John Cannon, by and through his attorney of record, David A. Torres, hereby requesting that the status conference hearing currently set for Monday, November 13, 2017 to Monday, January 22, 2018.

AUSA Brian Enos and defense counsel are currently engaged in negotiation in the matter of U.S. v. Cannon. The government has tendered a plea offer and defense is preparing a counter offer which will be submitted to ASUA Enos this coming week. Both counsel has agreed to continue this matter to January 22, 2018. Within that time, counsel will engage in meaningful settlement discussion, in the event a resolution is achieved prior to the next status conference counsel will file a plea agreement so that Mr. Canon can enter a plea.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:11/9/17             */s/ David A Torres*
                           DAVID A. TORRES
                           Attorney for Defendant
                           DAVID JOHN CANNON


DATED: 11/1/17            */s/Brian Enos*
                           BRIAN ENOS
                           Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the 5th Status Conference hearing is continued from November 13, 2017 to January 22, 2018 at 1:00 PM before Judge McAuliffe. **The Court will set a Trial date at the next hearing.** Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

Dated:  **November 9, 2017**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE