**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAVID JOHN CANNON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID JOHN CANNON,<br><br>    Defendant | Case No.: 1:16-CR-00183 DAD-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, David John Cannon, hereby waives his appearance in person in open court upon the status conference set for Monday, January 22, 2018 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:01/18/18                                                   */s/ David John Cannon_____*
                                                                          DAVID JOHN CANON

Date: 01/18/18                                                  */s/David A. Torres_____*
                                                                          DAVID A. TORRES
                                                                          Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant David John Cannon is hereby excused from appearing at this court hearing scheduled for Monday, January 22, 2018. The Court will pick a trial date on January 22, 2018.

IT IS SO ORDERED.

Dated: **January 18, 2018**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE