**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAVID JOHN CANNON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID JOHN CANNON,<br><br>  Defendant | Case No.: 1:16-CR-00183 DAD-BAM<br><br>**AMENDED STIPULATION AND ORDER TO REMOVE ELECTRONIC ANKLE MONITOR** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND MEGAN RICHARDS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DAVID JOHN CANNON, by and through his attorney of record, David A. Torres hereby requesting that the Electronic Ankle Monitor be removed temporarily.

Mr. Cannon is scheduled to undergo heart testing Thursday, July 5, 2018 from 9:30 a.m. to 2:00 p.m. at Truxtun Radiology located at 9900 Stockdale Highway, Suite 100, Bakersfield, CA 93311. He was referred to Truxtun Radiology by his pulmonologist, Dr. Aboeed. He will be undergoing three different tests which include 1.) Renal Artery Ultrasound; 2.) Venus Doppler Ultrasound of lower extremities and 3.) Nuclear medical VQ scan (full body). As such, we are requesting that Mr. Cannon report to the Pre-Trial Services Office on July 5, 2015 at 8:30 a.m. to

have the device removed and return from his appointment, the same day, by 4:00 p.m. to have it restored.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 6/21/18                              */s/ David A Torres*
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            DAVID JOHN CANNON

DATED: 6/21/18                              */s/Megan Richards*
                                            MEGAN A. S. RICHARDS
                                            Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the ankle monitor be temporarily removed on Thursday, July 5, 2018 from 8:30 a.m. to 4:00p.m.

IT IS SO ORDERED.

Dated: __**June 22, 2018**__          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE