DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAVID JOHN CANNON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOHN CANNON,<br><br>Defendants. | Case No. 1:16-CR-00183-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MEGAN RICHARDS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DAVID JOHN CANNON, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, November 5, 2018, be continued to Tuesdsay, November 13, 2018.

I am currently engaged in a homicide jury trial before the Honorable Joseph Kalasian in Tulare County Superior Court in the matter of *People v. Andreas Espindola; VCF158291*, and expected to be in trial through Wednesday, November 7, 2018. I have spoken to AUSA Megan Richards, and she has no objection to the continuance.

///

///

///

///

1

**IT IS SO STIPULATED.**

DATED: 11/1/18

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
DAVID JOHN CANNON

DATED: 11/1/18

*/s/Megan Richards*
MEGAN RICHARDS
Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, November 5, 2018 be continued to Tuesday, November 13, 2018.

IT IS SO ORDERED.

Dated: **November 1, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE