1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
    JOHN DAVID CANNON

7                     UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            Case No. 1:16-cr-00183 DAD-BAM

11          Plaintiff,

12      v.                                STIPULATION AND ORDER TO
                                          CONTINUE RESTITUTION HEARING
13  JOHN DAVID CANNON,

14          Defendants.

15

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

17  DROZD AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

18       **COMES NOW** Defendant, JOHN CANNON, by and through his attorney of record,

19  DAVID A. TORRES hereby requesting that the restitution hearing currently set for Wednesday,

20  January 9, 2019, be continued to February 19, 2019 at 10:00 a.m.

21       AUSA Megan Richards was previously assigned to this case. Ms. Richards is no longer

22  with the United States Attorney's Office in Fresno. AUSA Brian Enos was recently assigned to

23  the Cannon case.

24       Because of recent changes in the law regarding restitution in child pornography cases, Mr.

25  Enos has informed me that, assuming the Justice Department is timely funded, he will be offered

26  training in mid-January in the statutes potential impact on the restitution issues before the court.

27  Accordingly, the requested continuance will enable the government to properly advise the court

28  of any such impact. Moreover, because of the government shutdown, AUSA Enos is currently

                                        1

working without pay in an office with minimal office assistance because the appropriation that funds his office's salaries has lapsed until further notice or action by Congress. The additional time also affords all counsel to resolve restitution matters before the scheduled hearings.

///

**IT IS SO STIPULATED.**

DATED: 1/4/19

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
DAVID CANNON

DATED: 1/4/19

*/s/Brian Enos*
BRIAN ENOS
Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED that the restitution hearing currently set for January 9, 2019 is continued to February 19, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 7, 2019**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2